IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **BOBBY JO BEGGS,** <br> **(CDCR No. T-22520),** <br><br> Plaintiff, <br><br> v. <br><br> **JOHN DOE,** <br><br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 7:21-cv-097-M-BP |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore ORDERED that this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

DATED: February 22, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE